■ ADAM L. WALTON, Appellant, v STRONG MEMORIAL HOSPITAL et al., Respondents, et al., Defendants. (Appeal No. 1.) [980 NYS2d 870]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered September 24, 2012. The order granted the motion of defendants-respondents to dismiss plaintiff's complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Centra, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.